# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**JENNIFER BRIONES,**<br><br>　　　　　Defendant. | **Case No. CR07-5720**<br><br>**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PRETRIAL SERVICES** |

**THIS MATTER** comes on for hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of the Appearance Bond supervision as set forth in the Petition filed by U.S. Pretrial Services

**The plaintiff appears through Special Assistant United States Attorney, CAPTAIN O'BRIAN;**

**The defendant appears personally and represented by counsel, STEVE KRUPA;**

**The defendant has been advised of the allegation(s) and that he/she could be detained pending resolution of the underlying charges in the Complaint/Indictment/ or Information if found to be in violation; maximum potential sanction if substantiated; and having thereafter freely and voluntarily admitted each of the three alleged violations: (1) use of methamphetamine December 12, 2007; (2) use of methamphetamine December 18, 2007; and (3) failure to report for drug testing December 26, 2007,**

**NOW THEREFORE,** the court finds that the defendant violated the conditions of her Bond in each of the particulars above set forth.

**ACCORDINGLY,** Defendant is ordered detained (without prejudice) for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

**The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.**

　　　　　　　　　　　　　　　　　　　　　**January 7, 2008.**

　　　　　　　　　　　　　　　　　　　　　*/s/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　　　　　　**J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1